IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-16 (MTT) |
| | ) |
| EBONI POINDEXTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The government has moved to continue this case until the next trial term. Doc. 44. This defendant was indicted, along with co-defendants Joshua Deon Ross and Kenyatta Jackson, on March 12, 2024. Doc. 1. Poindexter and Ross had their arraignments in this Court on April 9, 2024. Docs. 22; 26. Jackson has not yet been arraigned. Ross is scheduled to enter a change of plea on October 22. Three prior continuances have been granted for this defendant. Docs. 32; 35; 40. The government now moves the Court to continue this case to the next trial term to allow additional time for the parties to file any appropriate motions, and complete any plea negotiations aimed at a possible resolution of the case. Doc. 44 ¶ 3. The Court has confirmed the defendant does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 44) is **GRANTED**. The case is continued from the November term until the Court's next trial term presently scheduled for **January 13, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 11th day of October, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
